# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                           )
                                 )  Case No. 12 B 17800
Dawn A Williams                  )  Chapter 13
            Debtor(s)            )
                                 )  Judge Janet S Baer
                                 )

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

**RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 3/12/2015**

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

**Name of creditor:**    65th @ University Condominium Association

**XX** agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:

Amount of pre-petition arrears due at filing: $ _____
Amount received from the Chapter 13 Trustee Pre-Petition arrears remaining due: $ _____

Creditor 65th @ University Condominium Association

agrees that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the date of the Trustee's cure notice.

**XX** does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the date of the Trustee's cure notice.

 If Creditor disagrees:

 Post-petition amounts remaining due: $1,156.36

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

**Amount Remaining Due:**

**Pre-Petition: $**_____                    Post-Petition: $1,156.36

65th @ UNIVERSITY CONDOMINIUM ASSOCIATION

BY:   /s/ Ronald J. Kapustka

KOVITZ SHIFRIN NESBIT
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
Tel. (847) 537-0500
Fax (847) 537-0550
KSN FILE (CSI34-61011)

# Transaction Listing

Schedule of Amounts Outstanding Post-Petition

Transactions from 8/23/2013 to 4/10/2015

| Customer | Account | Property | Unit | Move In | Move Out |
|---|---|---|---|---|---|
| JP Morgan Chase Bank | 4060 | *6551 S University | 101 | 11/5/2013 | |

| Date | Reference # | Description | Comment | Amount | Balance |
|---|---|---|---|---|---|
| | | | Previous Balance | 0.00 | 0.00 |
| 12/01/13 | | Monthly Assessments | | 230.90 | 230.90 |
| 12/29/13 | | Beginning Balance | 2014 Opening Balance | 3,462.79 | 3,693.69 |
| 12/30/13 | | Late Charge | due date on the 15th | 25.00 | 3,718.69 |
| 01/01/14 | | Monthly Assessments | Monthly Assessment Fee | 230.90 | 3,949.59 |
| 01/31/14 | | Late Charge | due date on the 15th | 25.00 | 3,974.59 |
| 02/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 4,244.93 |
| 02/07/14 | Inv#1077 | Maintenance | Window board up, City Wide Boardup | 165.00 | 4,409.93 |
| 02/28/14 | | Late Charge | due date on the 15th | 25.00 | 4,434.93 |
| 03/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 4,705.27 |
| 03/31/14 | | Late Charge | Due Date 15th | 25.00 | 4,730.27 |
| 04/01/14 | | Monthly Assessments | April Charge | 270.34 | 5,000.61 |
| 04/09/14 | ECK - 1085025 | Payment Received - Thank You | | (1,537.82) | 3,462.79 |
| 05/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 3,733.13 |
| 05/31/14 | | Late Charge | due date on the 15th | 25.00 | 3,758.13 |
| 06/01/14 | | Monthly Assessments | June Charge | 270.34 | 4,028.47 |
| 06/30/14 | | Late Charge | Due date 15th | 25.00 | 4,053.47 |
| 07/01/14 | | Monthly Assessments | July Charge | 270.34 | 4,323.81 |
| 07/31/14 | | Late Charge | due date on the 15th | 25.00 | 4,348.81 |
| 08/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 4,619.15 |
| 08/07/14 | ECK - 124615 | Payment Received - Thank You | | (4,619.15) | 0.00 |
| 08/14/14 | ECK - 085834 | Payment Received - Thank You | | (270.34) | (270.34) |
| 09/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 0.00 |
| 09/09/14 | ECK - 088768 | Payment Received - Thank You | | (270.34) | (270.34) |
| 10/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 0.00 |
| 10/13/14 | ECK - 092660 | Payment Received - Thank You | | (270.34) | (270.34) |
| 11/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 0.00 |
| 12/01/14 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 270.34 |
| 12/31/14 | | Late Charge | Due Date 15th | 25.00 | 295.34 |
| 01/01/15 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 565.68 |
| 01/31/15 | | Late Charge | Due date 15th | 25.00 | 590.68 |
| 02/01/15 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 861.02 |
| 02/28/15 | | Late Charge | Due Date 15th | 25.00 | 886.02 |
| 03/01/15 | | Monthly Assessments | Monthly Assessment Fee | 270.34 | 1,156.36 |