**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 12 B 17800 |
| Dawn A Williams | ) Chapter 13 |
| Debtor(s) | ) |
| | ) Judge Janet S Baer |
| | ) |

**NOTICE OF FILING**

To:   Thomas R Hitchcock, Esq., Hitchcock & Associates P.C., 53 West Jackson Blvd., Suite 724, Chicago, IL 60604- by electronic notice through ECF
Dawn A Williams, 9643 South Princeton Avenue, Chicago, IL 60628
Tom Vaughn, Chapter 13 Trustee, 55 E Monroe Street, Suite 3850, Chicago, IL 60603 – by electronic notice through ECF

**PLEASE TAKE NOTICE** that on March 12, 2015, I caused to be filed with the Clerk of the Bankruptcy Court 65th @ University Condominium Association's Response to Notice of Final Cure to ABC Condominium Association.

> 65TH @ UNIVERSITY CONDOMINIUM
> ASSOCIATION
>
> /s/ Ronald J. Kapustka
> By:  Ronald J. Kapustka

**Certificate of Service**

The undersigned certifies that he caused a copy of the foregoing Response to Notice of Final Cure to be served upon the above named parties by depositing the same in the U.S. Mail, postage pre-paid, before the hour of 5:00 pm on March 12, 2015.

> /s/ Ronald J. Kapustka

KOVITZ SHIFRIN NESBIT
750 Lake Cook Road, Suite 350
Buffalo Grove, IL 60089
Tel. (847) 537-0500
Fax (847) 537-0550
KSN FILE (CSI34-61011)